IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDY MCCAA,

              Plaintiff,

v.

MICHAEL MEISNER, JANEL NICKEL,
D. MORGAN, BRIAN FRANSON,
TONY ASHWORTH, CAPT. LIPINSKI,
LT. SABISH, DR. LESLIE BAIRD,
DR. PATRICK KUMKE, SGT. MILLONIG JR.,
C.O. T. BITTELMAN, C.O. S. NEWMAIER,
C.O. RATACZAK, C.O. CICHONANOWICZ,
C.O. EBERT and JOHN DOE 1-5,

              Defendants.

ORDER

12-cv-61-slc

---

    Plaintiff Randy McCaa, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

    Plaintiff's complaint was filed on January 24, 2012. His trust fund account statement should cover the six-month period beginning approximately July 24, 2011 and ending approximately January 24, 2012. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Randy McCaa may have until February 21, 2012, in which to submit a certified copy of his trust fund account statement for the period beginning approximately July 24, 2011 and ending approximately January 24, 2012. If, by February 21, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 27th day of January, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge