IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RANDY McCAA,

                                                  ORDER

                Plaintiff,

                                          12-cv-61-bbc

     v.

MICHAEL MEISNER, JANEL NICKEL,
DONALD MORGAN, BRIAN FRANSON,
TONY ASHWORTH, COREY SABISH,
LESLIE BAIRD, PATRICK KUMKE,
RAYMOND MILLONIG, JR., TRAVIS BITTELMAN,
BRIAN NEUMAIER, MICHAEL RATACZAK,
JOSEPH EBERT and JOHN DOE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Randy McCaa is proceeding on various claims relating to his conditions of confinement at the Columbia Correctional Institution, most of which relate to defendants' alleged failures to provide adequate mental health care, as required by the Eighth Amendment. In a November 13, 2012 order, I granted plaintiff's motion for appointment of counsel and stayed the case in order to locate counsel willing to represent plaintiff.

      David E. Jones and David L. Anstaett have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of these attorneys to represent plaintiff extends

1

to proceedings in this court only.[1]

Plaintiff should understand that because I am appointing counsel to represent him, he may not communicate directly with the court from this point forward. He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them. In addition, plaintiff should understand that it is highly unlikely that this court would appoint another lawyer to represent him if he chooses not to work with these lawyers. The court will schedule a status conference to reset the schedule in this lawsuit.

ORDER

IT IS ORDERED that David E. Jones and David L. Anstaett are appointed to represent plaintiff in this case. Proceedings in this case remain STAYED pending a status

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 21st day of December, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge